**FORM 18. Joint Stipulation of Voluntary Dismissal**
<span style="float:right">**Form 18**<br>**March 2023**</span>

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number**   25-1972

**Short Case Caption**   Ingram v. Collins

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

25-1972

Costs are to be assigned as follows:

☑   Each side shall bear their own costs.

☐   Other:

Date: 03/25/2026

Signature:   /s/ Joshua D. Tully

Name:   Joshua D. Tully

Party Name:   Douglas A. Collins, Sec'y of VA

Date: 03/26/2026

Signature:   /s/ Louis John George

Name:   Louis John George

Party Name:   Carlton H. Ingram

☐   Additional pages attached